FILED IN CLERK'S OFFICE
OCT 10 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>RISK CAPITAL TRADING GROUP, INC., DERON BAUGH, TYRONE EDWARDS, STEPHEN MARGOL, RICK SIEGEL, RICHARD TILLMAN AND JUAN VALENTIN<br><br>Defendants. | ) | Case No. 03 CV-2633<br><br>Consent Order of Preliminary Injunction and Other Equitable Relief |

Plaintiff, the Commodity Futures Trading Commission (the "Commission"), has filed a complaint for permanent injunction and other relief, and moved for a Preliminary Injunction. The Court hereby enters a Consent of Preliminary Injunction as to Richard Tillman (hereinafter "Defendant") and Orders as follows:

**I.**

***Jurisdiction and Venue***

**THE PARTIES AGREE AND IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over Defendant and the subject matter of this case pursuant to Section 6c(e) of the Commodity Exchange Act, as amended, 7 U.S.C. § 13a-1(a) (2001) (hereinafter "the Act").



18

2. Venue properly lies with this Court pursuant to Section 6c(e) of the Act, 7 U.S.C. § 13a-1(e).

II.

***Prohibition From Violations of the Act***

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

3. Defendant, all persons insofar as they are acting in the capacity of agents, servants, employees, or assigns of Defendant, and all persons insofar as they are acting in active concert or participation with Defendant who receive actual notice of this Order by personal service or otherwise, shall be prohibited and restrained from directly or indirectly:

in or in connection with any order to make, or the making of, any contract of sale of any commodity for future delivery, made, or to be made, for or on behalf of any other persons, where such contract for future delivery was or could be used for

(A) hedging any transaction in interstate commerce in such commodity or the products or byproducts thereof, or

(B) determining the price basis of any transaction in interstate commerce in such commodity, or

(C) delivering any such commodity sold, shipped, or received in interstate commerce for the fulfillment thereof,

(i) cheating or defrauding or attempting to cheat or defraud other persons;

(ii) willfully making or causing to be made to other persons false reports or statements, or willfully entering or causing to be entered for other persons false records in or in connection with any order to make, or the making of, any contract of sale of any commodity for future delivery, made, or to be made, for or on behalf of any other person; and

(iii) willfully deceiving or attempting to deceive other persons

in violation of Sections 4b(a)(2)(i), (ii), and (iii) of the Act, 7 U.S.C. §§ 6b(a)(2)(i), (ii), and (iii); and

in or in connection with an offer to enter into, the entry into, the confirmation of the execution of, or the maintenance of, commodity option transactions,

(A) cheating or defrauding or attempting to cheat or defraud other persons; and

(B) willfully deceiving or attempting to deceive other persons;

in violation of Section 4c(b) of the Act, 7 U.S.C. § 6c(b), and Regulation Section 33.10, 17 C.F.R. § 33.10;

## III.

### *Force and Effect*

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** That:

This Order shall remain in full force and effect until further order of this Court, and that this Court retains jurisdiction of this matter for all purposes. The parties further agree that this Consent Order of Preliminary Injunction shall not be deemed to establish any fact and may not be used or introduced in any other proceeding, including but not limited to actions under 8a(2)(C) of the Act, for any purpose, except by this Court to enforce this Order in conjunction with its terms.

**SO ORDERED**, this 8 day of October, 2003, at Atlanta Georgia.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

Richard Tillman

Date: September _____, 2003

Frank Rangoussis, Esq.
Richard Glaser, Esq.
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-5358
202-418-5531 (fax)

Attorneys for Plaintiff
Commodity Futures Trading Commission

Date: September _____, 2003